# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L. FAULKNER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. POLLARD,<br><br>　　　　　Respondent. | Case No. 1:20-cv-01748-NONE-HBK<br><br>ORDER REQUESTING ASSISTANCE OF R.J. DONOVAN CORRECTIONAL FACILITY LITIGATION COORDINATOR<br><br>(Doc. No. 13) |

Petitioner Kenneth L. Faulkner, a state prisoner proceeding pro se, petitioned for a writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1). Petitioner seeks a Court order directing prison staff at R.J. Donovan Correctional Facility to grant Petitioner access to the law library. (Doc. No. 13, "Motion").

This Court declines to order prison library staff, a non-party to this case, to take specific actions. However, as a courtesy, the Court will request the assistance of the litigation coordinator at R.J. Donovan Correctional Facility to ensure Petitioner is afforded adequate opportunities to access the law library, to the extent that doing so is consistent with institutional order and security. *See Whitley v. Albers*, 475 U.S. 312, 321-322 (1986) ("Prison administrators . . . should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are needed to preserve internal order and discipline and to maintain institutional security."). The Court notes that Petitioner is under a court-ordered deadline to file his objections

to the Report and Recommendations. (*See* Doc. No. 14, requiring Petitioner to file any objections no later than September 6, 2021). The Clerk's office will be directed to serve a copy of this order on the litigation coordinator at Petitioner's prison.

Accordingly, it **ORDERED**:

1. Petitioner's Motion (Doc. No. 13) is DENIED.
2. The Clerk of Court is directed to serve a copy of this order on the litigation coordinator at R.J. Donovan Correctional Facility.

Dated: July 7, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE